# EXHIBIT "A"

MAJOR CASE.
JURY TRIAL WAIVED.

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY:  Jonathan Wheeler, Esquire
Attorney I.D. No.:  12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA  19103
Phone: (215) 568-2900
Email: jwheeler@jwheelerlaw.com

Attorney for Plaintiff(s)

| | |
|---|---|
| TITUS FUGAH<br>P.O. Box 42272<br>Philadelphia, PA 19101<br><br>     vs.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY<br>One State Farm Plaza<br>Bloomington, IL 61701 | COURT OF COMMON PLEAS<br>PHILADELPHIA  COUNTY<br><br>SEPTEMBER TERM, 2014<br><br>NO.  01546 |

## AMENDED CIVIL ACTION COMPLAINT (1C - Contract)

1.     Plaintiff, TITUS FUGAH, is an adult individual residing at the address set forth

above.

2.     Defendant, State Farm Fire and Casualty Company ("STATE FARM") , is a

corporation duly organized and existing which is authorized to conduct business as an insurance

company within the Commonwealth of Pennsylvania and maintains a place of business for that

purpose at the address set forth above.

3.     Defendant, STATE FARM, in its regular course of business issued to Plaintiff a

policy of insurance ("the Policy") covering Plaintiff's property located at 1511 N. 20th Street,

Philadelphia, PA 19121 ("the premises").   A true and correct copy of the declarations page of said

policy is attached hereto and incorporated herein as Exhibit "A".

Case ID: 140901546

4.      On or about September 15, 2013, while the Policy was in full force and effect, Plaintiff suffered sudden and accidental direct physical loss and damage to the insured premises believed to be the result of a peril or perils insured against under the Policy issued by STATE FARM, to wit, fire and related peril,  resulting in damage to the insured premises in an amount in excess of $50,000.00.  A true and correct copy of the preliminary estimate of loss is attached hereto, made part hereof and marked Exhibit "B". In addition, there was damage to contents and a consequential loss of use of the premises for an in excess of $50,000.00.

4.      On or about January 9, 2014, while the Policy was in full force and effect, Plaintiff suffered sudden and accidental direct physical loss and damage to the insured premises believed to be the result of a peril or perils insured against under the Policy issued by STATE FARM, to wit, frozen pipes, water and related peril,  resulting in damage to the insured premises in an amount in excess of $50,000.00.

5.      Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8.     Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.     Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss that occurred on or about September 15, 2013.

10.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which he is entitled under the Policy.

11.     Defendant's denial of coverage was made without a reasonable basis in fact.

12.     Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

**WHEREFORE,** Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with interest and court costs.

## COUNT II
### In Assumpsit - Breach of Contract

13.     Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14.     Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss which occurred on or about January 9, 2014.

15.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which he is entitled under the Policy.

16.     Defendant's denial of coverage was made without a reasonable basis in fact.

17.     Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with interest and court costs.


LAW OFFICES OF JONATHAN WHEELER, P.C.


BY:   _/s/ Jonathan Wheeler_____
        JONATHAN WHEELER, ESQUIRE
        Attorney for Plaintiff(s)

## CERTIFICATE OF SERVICE

Jonathan Wheeler, Esquire, hereby certifies that a true and correct copy of the foregoing was served upon all parties pursuant to Pa. R.C.P. 205.4 (g) and Pa. R.C.P. 440.

LAW OFFICES OF JONATHAN WHEELER, P.C.

BY:  */s/ Jonathan Wheeler*
JONATHAN WHEELER, ESQUIRE
Attorney for Plaintiff(s)

Date: November 7, 2014

Case ID: 140901546

MAJOR CASE.
JURY TRIAL WAIVED.

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY:  Jonathan Wheeler, Esquire                                        Attorney for Plaintiff(s)
Attorney I.D. No.:  12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA  19103
Phone: (215) 568-2900
Email: jwheeler@jwheelerlaw.com

---

TITUS FUGAH                                     COURT OF COMMON PLEAS
P.O. Box 42272                                  PHILADELPHIA  COUNTY
Philadelphia, PA 19101

vs.                                             SEPTEMBER TERM, 2014

STATE FARM FIRE AND
CASUALTY COMPANY                                NO.  01546
One State Farm Plaza
Bloomington, IL 61701                           MAJOR CASE

---

## AMENDED CIVIL ACTION COMPLAINT (1C - Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 140901546

*Civil Action Amended Complaint*
*File No. 501 - 4115*

### VERIFICATION

      The undersigned hereby states that he is the Plaintiff in this action and that the statements of fact made in the foregoing document are true and correct to the best of his information and belief.

      The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. Cons. Stat. Ann. § 4904 relating to unsworn falsification to authorities.

                                         TITUS FUGAH

Date:

Case ID: 140901546

**State Farm Fire and Casualty Company**
A Stock Company With Home Offices in Bloomington, Illinois

100 State Farm Place
Ballston Spa, NY 12020-8000

**Named Insured**

AT3                          P-13-6582-FA3F          H   F
            000617   0046
FUGAH, TITUS
1511 N 20TH ST
PHILADELPHIA PA   19121-4122

**DECLARATIONS PAGE**

| Policy Number | 78-CC-V021-8 |
|---|---|

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | AUG 29 2013 | AUG 29 2014 |

The policy period begins and ends at 12:01 am
standard time at the residence premises.

**EXHIBIT**

**A**

# HOMEOWNERS POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

| Coverages & Property | Limits of Liability | | Inflation Coverage Index: 229.7 |
|---|---|---|---|
| **SECTION I** | | | **Deductibles - Section I** |
| A  Dwelling | $ | 151,000 | All Losses      $   2,000 |
| B  Dwelling Extension    up to | $ | 15,100 | |
| C  Personal Property | $ | 113,250 | |
|    Loss of Use | | Actual Loss Sustained | |
| **SECTION II** | | | |
| L  Personal Liability (Each Occurrence) | $ | 300,000 | |
|    Damage to Property of Others | $ | 500 | In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy. |
| M  Medical Payments to Others (Each Person) | $ | 3,000 | |

| Loss Settlement Provision (See Policy) | Policy Premium | $   1,444.00 |
|---|---|---|
| A1 Replacement Cost - Similar Construction | Discounts Applied: | |
| B1 Limited Replacement Cost - Coverage B | Home Alert | |
| | Utility Rating Cr | |
| Forms, Options, & Endorsements | Claim Record | |
| Homeowners Policy                    FP-7955 | Sprinkler | |
| Homeowners Policy Endorsement    FE-3518 | | |
| Back-Up Dwell/Listed Property       FE-5287.1 | | |
| Jewelry and Furs $1,500 Each        Option JF | | |
|    Article/$2,500 Aggregate | | |
| Increase Dwlg Up to $  30,200        Option ID | | |
| Ordinance/Law  10%/$  15,100         Option OL | | |

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of this page, any endorsements
and the policy form. Please keep these together.

FP-7001.6C                              Continued on Reverse

2002    151  I
N 16,DR          Prepared    AUG 30 2013

SHAUNA HOPKINS
215-222-6100

555-7020          555-7020.1 Rev. 10-2002 (o1f039fc)

Case ID: 140901546

EXHIBIT

**B**

## Citizens Public Adjusters Inc.

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

| | | | |
|---|---|---|---|
| Insured: | Tutus Fugah | Home: | (215) 752-0240 |
| Property: | 1511 North 20th Street | | |
| | Philadelphia, PA 19121 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Michael P. McIntyre | Business: | (215) 752-0240 |
| Position: | Public Adjuster | | |
| Company: | Citizens Public Adjusters | | |
| Business: | 3237 Bristol Road Suite 204 | | |
| | Bensalem, PA 19020 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Claim Number:** | | **Policy Number:** 78CCV0218 | | **Type of Loss:** Fire | |
| Date of Loss: | 9/15/2013 | Date Received: | | | |
| Date Inspected: | | Date Entered: | 10/18/2013 10:40 AM | | |
| Price List: | PAPH7X_OCT13 | | | | |
| | Restoration/Service/Remodel | | | | |
| Estimate: | 2013-10-18-0851 | | | | |

**\*\*Preliminary evaluations subject to modifications or corrections\*\***

\* " Any person who knowingly and with the intent to defraud any insurance company or other person who files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading , information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties." \*

\* Note: This language should be included on all claim documents which are provided to the named insured for completion. ( proof of loss, contents inventory sheets, non-waiver agreement, etc.).

Case ID:140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

2013-10-18-0851

Kitchen

### Kitchen

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 1. Allowance for perishable items | 1 | 250.00 | 0 yr | Normal | 250.00 | (0.00) | 250.00 |
| 2. Allowance for dry storage items | 1 | 150.00 | 0 yr | Normal | 150.00 | (0.00) | 150.00 |
| 3. Set of 18 knife set with wood block | 1 | 119.99 | 1 yr | Normal | 119.99 | (0.00) | 119.99 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 4. Pots and pans set - 8 piece set | 1 | 116.99 | 2 yr | Normal | 116.99 | (0.00) | 116.99 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 5. Plastic utensil drawer organizer | 1 | 19.99 | 1 yr | Normal | 19.99 | (0.00) | 19.99 |
| 6. Mini blinds - 30"x54" | 4 | 60.57 | 2 yr | Normal | 242.28 | (0.00) | 242.28 |
| 7. Kenmore  20.0 Cu. Ft. Top Mount Freezer Refrigerator | 1 | 899.99 | 3 yr | Normal | 899.99 | (0.00) | 899.99 |
| Sears - 10/17/2013 | | | | | | | |
| 8. Laminate wood rolling microwave stand - 30"x18"x36" | 1 | 379.79 | 4 yr | Normal | 379.79 | (0.00) | 379.79 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 9. Extra large GE counter top microwave | 1 | 359.00 | 3 yr | Normal | 359.00 | (0.00) | 359.00 |
| Universal Appliance on NexTag - 10/21/2013 | | | | | | | |
| 10. Allowance for paper products | 1 | 125.00 | 0 yr | Normal | 125.00 | (0.00) | 125.00 |
| 11. Allowance for Tupperware | 1 | 100.00 | 0 yr | Normal | 100.00 | (0.00) | 100.00 |
| 12. Wastebasket / garbage / trash can | 1 | 27.00 | 2 yr | Normal | 27.00 | (0.00) | 27.00 |
| 13. Allowance for cleaning supplies | 1 | 50.00 | 0 yr | Normal | 50.00 | (0.00) | 50.00 |
| 14. Solid wood kitchen table - 36"x60"x42" | 1 | 410.45 | 4 yr | Normal | 410.45 | (0.00) | 410.45 |
| All+Modern - 10/11/2013 | | | | | | | |
| 15. Solid wood kitchen chair with leather upholstered seats | 4 | 186.30 | 4 yr | Normal | 745.20 | (0.00) | 745.20 |
| Newegg - 10/10/2013 | | | | | | | |
| 16. Gevalia automatic drip coffee pot - cm500 | 1 | 169.88 | 2 yr | Normal | 169.88 | (0.00) | 169.88 |
| Item found from www.sears.com on 10/21/2013 | | | | | | | |
| 17. Sony Black Clock Radio, ICFC218BK | 1 | 17.99 | 1 yr | Normal | 17.99 | (0.00) | 17.99 |

2013-10-18-0851

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - Kitchen**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| Newegg              - last known price - 8/5/2013 | | | | | | | |
| 18. BLACK & DECKER Black Griddle, GD2011B | 1 | 29.99 | 2 yr | Normal | 29.99 | (0.00) | 29.99 |
| Target              - last known price - 9/26/2013 | | | | | | | |
| 19. Case of spring water | 2 | 4.99 | 0 yr | Normal | 9.98 | (0.00) | 9.98 |
| 20. Bounty paper towels - 8 pack | 1 | 9.95 | 0 yr | Normal | 9.95 | (0.00) | 9.95 |
| Item found from www.amazon.com on 10/21/2013 | | | | | | | |
| 21. Metalla paper towel rack - new in box | 1 | 19.99 | 1 yr | Normal | 19.99 | (0.00) | 19.99 |
| 22. Allowance for foil, seran wrap and ziplock bags | 1 | 75.00 | 0 yr | Normal | 75.00 | (0.00) | 75.00 |
| 23. Adult DVD - full length feature | 1 | 49.95 | 2 yr | Normal | 49.95 | (0.00) | 49.95 |
| 24. Bakeware allowance | 1 | 50.00 | 0 yr | Normal | 50.00 | (0.00) | 50.00 |
| 25. Cleaning Technician - incl. cleaning agent - per hour | 5 | 31.63 | 0 yr | Normal | 158.15 | (0.00) | 158.15 |
| **Totals: Kitchen** | | | | | **4,586.56** | **0.00** | **4,586.56** |

**Main Entrance Closet**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 26. RL Flo-Master No Pump Sprayer | 1 | 40.99 | 3 yr | Normal | 40.99 | (0.00) | 40.99 |
| on NexTag - 10/21/2013 | | | | | | | |
| 27. White mini blinds - 35"x72" - new | 3 | 18.95 | 3 yr | Normal | 56.85 | (0.00) | 56.85 |
| 28. Allowance for cleaning supplies | 1 | 50.00 | 0 yr | Normal | 50.00 | (0.00) | 50.00 |
| 29. Metal Beer Stein w/ Flip Top Metal lid - French Zone Germany | 2 | 89.00 | 0 yr | Normal | 178.00 | (0.00) | 178.00 |
| Item found from www.germansteins.com on 10/18/2013 | | | | | | | |
| 30. Allowance for power cords | 1 | 100.00 | 0 yr | Normal | 100.00 | (0.00) | 100.00 |

2013-10-18-0851

10/22/2013          Page: 3

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

### CONTINUED - Main Entrance Closet

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 31. Mops | 2 | 17.00 | 2 yr | Normal | 34.00 | (0.00) | 34.00 |
| 32. Clean glasspack - per box | 1 | 20.31 | 0 yr | Normal | 20.31 | (0.00) | 20.31 |
| 33. Provide glasspack box, packing paper & tape | 1 | 11.14 | 0 yr | Normal | 11.14 | (0.00) | 11.14 |
| 34. Cleaning Technician - incl. cleaning agent - per hour | 1 | 31.63 | 0 yr | Normal | 31.63 | (0.00) | 31.63 |
| **Totals:  Main Entrance Closet** | | | | | **522.92** | **0.00** | **522.92** |

### Living Room

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 35. Fully upholstered microfiber queen size sofa bed - 8LF - with attached pillow back cushions by Klaussner Furniture<br>Item found from www.google.com on 10/18/2013 | 1 | 942.82 | 3 yr | Normal | 942.82 | (0.00) | 942.82 |
| 36. Fully upholstered microfiber love seat - 6LF - by Klausner Furniture<br>Item found from www.google.com on 10/18/2013 | 1 | 799.00 | 3 yr | Normal | 799.00 | (0.00) | 799.00 |
| 37. Heavy tweed fully uphostered sofa chair - extra plush<br>Wayfair - 10/11/2013 | 1 | 1,194.27 | 3 yr | Normal | 1,194.27 | (0.00) | 1,194.27 |
| 38. Heavy tweed upholstered ottoman - 30"x30"x24"<br>Wayfair - 10/11/2013 | 1 | 130.18 | 3 yr | Normal | 130.18 | (0.00) | 130.18 |
| 39. Masterflow conduit - longueur - new - 25 pieds classe1 | 1 | 28.33 | 1 yr | Normal | 28.33 | (0.00) | 28.33 |
| 40. Heavy wool throw blanket | 1 | 69.99 | 2 yr | Normal | 69.99 | (0.00) | 69.99 |
| 41. Mens Kangol jeff cap | 1 | 45.00 | 1 yr | Normal | 45.00 | (0.00) | 45.00 |
| 42. Glass and framed wood hanging wall clock | 1 | 65.00 | 2 yr | Normal | 65.00 | (0.00) | 65.00 |
| 43. Curtain hardware - 8 ft | 1 | 62.00 | 3 yr | Normal | 62.00 | (0.00) | 62.00 |

2013-10-18-0851

10/22/2013          Page: 4

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - Living Room**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 44. Heavy curtain drapes - 48"x96"<br>Item found from www.google.com on 10/18/2013 | 3 | 245.00 | 0 yr | Normal | 735.00 | (0.00) | 735.00 |
| 45. 1" Vinyl Mini Blinds in White  35"W x 72"L<br>on NexTag - 10/21/2013 | 3 | 50.99 | 3 yr | Normal | 152.97 | (0.00) | 152.97 |
| 46. Ladies imitation Louis Vuitton handbag - high quality | 1 | 175.00 | 1 yr | Normal | 175.00 | (0.00) | 175.00 |
| 47. Amanda Smith small canvas messenger bag | 1 | 30.00 | 2 yr | Normal | 30.00 | (0.00) | 30.00 |
| 48. Oscillating Table Fan<br>TigerDirect - 10/10/2013 | 1 | 38.40 | 3 yr | Normal | 38.40 | (0.00) | 38.40 |
| 49. Floor lamp - 6 ft | 1 | 65.00 | 1 yr | Normal | 65.00 | (0.00) | 65.00 |
| 50. Pillow | 1 | 26.00 | 1.5 yr | Normal | 26.00 | (0.00) | 26.00 |
| 51. Pillow case | 1 | 22.00 | 1 yr | Normal | 22.00 | (0.00) | 22.00 |
| 52. Full size top sheet | 1 | 24.97 | 2 yr | Normal | 24.97 | (0.00) | 24.97 |
| 53. Clean table - end table - large/ornate | 1 | 9.08 | 0 yr | Normal | 9.08 | (0.00) | 9.08 |
| 54. Clean vase - gloss finish | 1 | 3.68 | 0 yr | Normal | 3.68 | (0.00) | 3.68 |
| 55. Artificial flower arrangement - 4 ft tall | 1 | 45.00 | 3 yr | Normal | 45.00 | (0.00) | 45.00 |
| 56. Paper back book - Celebrate Recovery by John Baker | 1 | 49.99 | 2 yr | Normal | 49.99 | (0.00) | 49.99 |
| 57. Paper back book - Begin a Journey Through Scriptures for Speakers and New Believers | 1 | 11.69 | 1 yr | Normal | 11.69 | (0.00) | 11.69 |
| 58. Allowance for assortment of medical literature | 1 | 50.00 | 2 yr | Normal | 50.00 | (0.00) | 50.00 |
| 59. Battery powered walkman with headset | 1 | 15.00 | 3 yr | Normal | 15.00 | (0.00) | 15.00 |
| 60. Womens North Face ski boots<br>on NexTag - 10/22/2013 | 1 | 150.00 | 2 yr | Normal | 150.00 | (0.00) | 150.00 |
| 61. Holy Bible | 2 | 20.63 | 1 yr | Normal | 41.26 | (0.00) | 41.26 |
| 62. Boys black leather Nike sneakers | 1 | 45.00 | 2 yr | Normal | 45.00 | (0.00) | 45.00 |
| 63. Rug - Runner/Hall | 1 | 130.00 | 3 yr | Normal | 130.00 | (0.00) | 130.00 |

2013-10-18-0851

10/22/2013        Page: 5

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - Living Room**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 64. Mens Nike Air Jordan basketball sneakers<br>Item found from www.google.com on 10/18/2013 | 1 | 130.00 | 1 yr | Normal | 130.00 | (0.00) | 130.00 |
| 65. Mens Goldtoe slippers | 1 | 29.99 | 2 yr | Normal | 29.99 | (0.00) | 29.99 |
| 66. Mens Nike Max running shoes<br>Item found from www.google.com on 10/18/2013 | 2 | 115.00 | 1 yr | Normal | 230.00 | (0.00) | 230.00 |
| 67. Mens Old Navy blue jeans | 2 | 28.00 | 2 yr | Normal | 56.00 | (0.00) | 56.00 |
| 68. Equivalent Ecosmart light bulbs - 12 pack 100 watt | 1 | 89.02 | 2 yr | Normal | 89.02 | (0.00) | 89.02 |
| 69. DVD in case | 8 | 30.00 | 1 yr | Normal | 240.00 | (0.00) | 240.00 |
| 70. Sunbeam HT38RBU 34" Pedestal Tower Fan, HT38RBU<br>OfficeMax - 10/3/2013 | 1 | 49.99 | 2 yr | Normal | 49.99 | (0.00) | 49.99 |
| 71. Sony BDP-S185 Blu-ray Disc Player, BDPS185<br>Sears            - last known price - 9/11/2013 | 1 | 99.99 | 3 yr | Normal | 99.99 | (0.00) | 99.99 |
| 72. Linksys Wireless-G Router WRT54G2, WRT54G2<br>Newegg - 10/17/2013 | 1 | 149.95 | 1 yr | Normal | 149.95 | (0.00) | 149.95 |
| 73. Xfinity Comcast modem - model# tg86zg-ct<br>Item found from www.google.com on 10/18/2013 | 1 | 199.98 | 1 yr | Normal | 199.98 | (0.00) | 199.98 |
| 74. Xfinity Comcast cable box - model# dcx3501 | 1 | 62.30 | 1 yr | Normal | 62.30 | (0.00) | 62.30 |
| 75. Vizio 3D Blu-ray Disc Player with WiFi, VBR337<br>Target          - last known price - 7/29/2013<br>Model #VBR120 discontinued - replaced with model #VBR337 | 1 | 139.99 | 1 yr | Normal | 139.99 | (0.00) | 139.99 |
| 76. Epic sound innovative sound and base - 3 speaker surround sound system | 1 | 59.99 | 2 yr | Normal | 59.99 | (0.00) | 59.99 |
| 77. Laminate wood and metal 2 tier tv stand - 6 ft<br>Kohl's - 10/17/2013 | 1 | 449.99 | 2 yr | Normal | 449.99 | (0.00) | 449.99 |
| 78. Mitsubishi WD60C9 60" C9 DLP HDTV Stand Bundle,<br>WD60C9BND | 1 | 1,099.95 | 2 yr | Normal | 1,099.95 | (0.00) | 1,099.95 |

2013-10-18-0851

10/22/2013          Page: 6

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - Living Room**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| TigerDirect          - last known price - 5/12/2010 | | | | | | | |
| 79. Ceramic candle holder coffee pot | 1 | 37.99 | 2 yr | Normal | 37.99 | (0.00) | 37.99 |
| Newegg - 10/17/2013 | | | | | | | |
| 80. Sunglasses | 3 | 55.00 | 2 yr | Normal | 165.00 | (0.00) | 165.00 |
| 81. Nelson study Bible - hardback | 1 | 31.03 | 3 yr | Normal | 31.03 | (0.00) | 31.03 |
| 82. Small assortment of care products | 2 | 8.99 | 1 yr | Normal | 17.98 | (0.00) | 17.98 |
| 83. Clean and refinish full size solid wood coffee table | 1 | 175.00 | 0 yr | Normal | 175.00 | (0.00) | 175.00 |
| 84. Cleaning Technician - incl. cleaning agent - per hour | 5 | 31.63 | 0 yr | Normal | 158.15 | (0.00) | 158.15 |
| **Totals:  Living Room** | | | | | **8,828.92** | **0.00** | **8,828.92** |

**2nd Floor Hall Bath**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 85. Hand towel - High grade | 2 | 17.00 | 1 yr | Normal | 34.00 | (0.00) | 34.00 |
| 86. Wash cloth - high quality | 2 | 9.00 | 2 yr | Normal | 18.00 | (0.00) | 18.00 |
| 87. Wastebasket / garbage / trash can - Standard grade | 1 | 11.00 | 1 yr | Normal | 11.00 | (0.00) | 11.00 |
| 88. Carpet / Rug - Bathroom | 2 | 22.00 | 2 yr | Normal | 44.00 | (0.00) | 44.00 |
| 89. Usher cologne - 3.4 oz | 1 | 66.95 | 1 yr | Normal | 66.95 | (0.00) | 66.95 |
| 90. Personal care products | 35 | 7.00 | 0 yr | Normal | 245.00 | (0.00) | 245.00 |
| 91. Emerson electric face razor | 1 | 19.99 | 2 yr | Normal | 19.99 | (0.00) | 19.99 |
| 92. Over the toilet bakers rack | 1 | 69.99 | 3 yr | Normal | 69.99 | (0.00) | 69.99 |
| 93. Umbrella holder | 1 | 37.00 | 1 yr | Normal | 37.00 | (0.00) | 37.00 |
| 94. Metal tin trash can | 1 | 18.99 | 2 yr | Normal | 18.99 | (0.00) | 18.99 |

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - 2nd Floor Hall Bath**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 95.  Plunger - Toilet | 1 | 12.00 | 3 yr | Normal | 12.00 | (0.00) | 12.00 |
| 96.  Shower curtain | 1 | 29.00 | 1 yr | Normal | 29.00 | (0.00) | 29.00 |
| 97.  Shower curtain liner | 1 | 19.99 | 2 yr | Normal | 19.99 | (0.00) | 19.99 |
| 98.  Shower curtain rings | 1 | 12.00 | 1 yr | Normal | 12.00 | (0.00) | 12.00 |
| 99.  Shower curtain rod | 1 | 30.00 | 2 yr | Normal | 30.00 | (0.00) | 30.00 |
| 100.  Bath towel - High grade | 1 | 30.00 | 1 yr | Normal | 30.00 | (0.00) | 30.00 |
| 101.  Cleaning Technician - incl. cleaning agent - per hour | 3 | 31.63 | 0 yr | Normal | 94.89 | (0.00) | 94.89 |
| **Totals:  2nd Floor Hall Bath** | | | | | **792.80** | **0.00** | **792.80** |

**Laundry Closet**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 102.  Allowance for cleaning supplies | 1 | 75.00 | 0 yr | Normal | 75.00 | (0.00) | 75.00 |
| 103.  GE top load washing machine<br>      Item found from www.google.com on 10/18/2013 | 1 | 537.00 | 3 yr | Normal | 537.00 | (0.00) | 537.00 |
| 104.  Maytag front load dryer - model# mdg3500bww<br>      Item found from www.google.com on 10/18/2013 | 1 | 579.00 | 3 yr | Normal | 579.00 | (0.00) | 579.00 |
| 105.  Allowance for burned clothes in dryer | 1 | 200.00 | 0 yr | Normal | 200.00 | (0.00) | 200.00 |
| 106.  Cleaning Technician - incl. cleaning agent - per hour | 1 | 31.63 | 0 yr | Normal | 31.63 | (0.00) | 31.63 |
| **Totals:  Laundry Closet** | | | | | **1,422.63** | **0.00** | **1,422.63** |

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

## 2nd Floor Main Hallway

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 107.  Kenmore upright vacuum cleaner - model# 401.39000900<br>        Item found from www.kenmore.com on 10/18/2013 | 1 | 239.99 | 0 yr | Normal | 239.99 | (0.00) | 239.99 |
| 108.  Cleaning Technician - incl. cleaning agent - per hour | 1 | 31.63 | 0 yr | Normal | 31.63 | (0.00) | 31.63 |
| **Totals:  2nd Floor Main Hallway** | | | | | **271.62** | **0.00** | **271.62** |

## Hall Linen Closet

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 109.  Allowance for personal care products, shampoo and laundry items | 1 | 325.00 | 0 yr | Normal | 325.00 | (0.00) | 325.00 |
| 110.  5 Hour Energy - 6 pack | 2 | 12.49 | 0 yr | Normal | 24.98 | (0.00) | 24.98 |
| 111.  Bath towel | 4 | 14.00 | 2 yr | Normal | 56.00 | (0.00) | 56.00 |
| 112.  Beach towel | 2 | 25.00 | 2 yr | Normal | 50.00 | (0.00) | 50.00 |
| 113.  Shower curtain | 1 | 29.00 | 1 yr | Normal | 29.00 | (0.00) | 29.00 |
| 114.  Bed sheet set - Full | 2 | 49.00 | 2 yr | Normal | 98.00 | (0.00) | 98.00 |
| 115.  Cleaning Technician - incl. cleaning agent - per hour | 1 | 31.63 | 0 yr | Normal | 31.63 | (0.00) | 31.63 |
| **Totals:  Hall Linen Closet** | | | | | **614.61** | **0.00** | **614.61** |

## 2nd Floor Top Left Bedroom

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 116.  Queen size solid wood 2 pillar headboard<br>        Item found from www.google.com on 10/18/2013 | 1 | 599.99 | 3 yr | Normal | 599.99 | (0.00) | 599.99 |
| 117.  Queen size solid wood 2 pillar footboard | 1 | 499.99 | 3 yr | Normal | 499.99 | (0.00) | 499.99 |

2013-10-18-0851

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - 2nd Floor Top Left Bedroom**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 118.  Queen size solid wood and metal bedframe | 1 | 399.99 | 3 yr | Normal | 399.99 | (0.00) | 399.99 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 119.  Mattress - Queen | 1 | 730.00 | 3 yr | Normal | 730.00 | (0.00) | 730.00 |
| 120.  Box spring - Queen | 1 | 190.00 | 3 yr | Normal | 190.00 | (0.00) | 190.00 |
| 121.  Standard quality queen size comforter | 2 | 106.00 | 1 yr | Normal | 212.00 | (0.00) | 212.00 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 122.  Solid wood end table - 2 drawer - 24"x18"x30" | 2 | 349.99 | 3 yr | Normal | 699.98 | (0.00) | 699.98 |
| 123.  Solid wood double dresser - 6ft | 1 | 999.00 | 3 yr | Normal | 999.00 | (0.00) | 999.00 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 124.  Top hutch with electric light and 4 small shelves - 48" x 48" | 1 | 1,099.99 | 3 yr | Normal | 1,099.99 | (0.00) | 1,099.99 |
| Wayfair                        - last known price - 8/29/2013 | | | | | | | |
| 125.  Armoire with 2 drawers - 36"x18"x54" | 1 | 899.99 | 3 yr | Normal | 899.99 | (0.00) | 899.99 |
| Wayfair                        - last known price - 8/29/2013 | | | | | | | |
| 126.  Extra large throw pillow | 2 | 48.00 | 1 yr | Normal | 96.00 | (0.00) | 96.00 |
| 127.  Pillow | 4 | 26.00 | 2 yr | Normal | 104.00 | (0.00) | 104.00 |
| 128.  Pillow case | 4 | 22.00 | 1 yr | Normal | 88.00 | (0.00) | 88.00 |
| 129.  Joe Boxer bed pillows - high quality | 2 | 13.71 | 1 yr | Normal | 27.42 | (0.00) | 27.42 |
| 130.  Decorative throw pillow | 5 | 35.00 | 2 yr | Normal | 175.00 | (0.00) | 175.00 |
| 131.  Coleman money bag sleeping bag | 1 | 50.00 | 1 yr | Normal | 50.00 | (0.00) | 50.00 |
| 132.  Duvet cover | 1 | 180.00 | 2 yr | Normal | 180.00 | (0.00) | 180.00 |
| 133.  Bed sheet set - Queen | 4 | 59.00 | 3 yr | Normal | 236.00 | (0.00) | 236.00 |
| 134.  Mens bedroom slippers | 1 | 30.00 | 1 yr | Normal | 30.00 | (0.00) | 30.00 |
| 135.  Mens black leather dress shoes by Stacy Adams | 1 | 76.00 | 2 yr | Normal | 76.00 | (0.00) | 76.00 |
| 136.  Assortment of Power chargers and cords | 28 | 20.00 | 0 yr | Normal | 560.00 | (0.00) | 560.00 |

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED – 2nd Floor Top Left Bedroom**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 137. Mens Mountain Gear black leather boots | 1 | 78.97 | 1 yr | Normal | 78.97 | (0.00) | 78.97 |
| 138. Mens Nike Air Max sneakers | 1 | 120.00 | 1.25 yr | Normal | 120.00 | (0.00) | 120.00 |
|     Item found from www.google.com on 10/18/2013 | | | | | | | |
| 139. Mens fitted wool baseball cap | 1 | 19.99 | 1.5 yr | Normal | 19.99 | (0.00) | 19.99 |
| 140. Medium plush toy | 1 | 15.00 | 2 yr | Normal | 15.00 | (0.00) | 15.00 |
| 141. Mens black leather standard work gloves | 2 | 13.60 | 1 yr | Normal | 27.20 | (0.00) | 27.20 |
| 142. Triple pack of 15 minute safety flares | 1 | 11.75 | 1 yr | Normal | 11.75 | (0.00) | 11.75 |
| 143. Allowance for small assortment of office supplies | 1 | 15.00 | 0 yr | Normal | 15.00 | (0.00) | 15.00 |
| 144. Mens And1 mesh basketball shorts | 1 | 34.99 | 2 yr | Normal | 34.99 | (0.00) | 34.99 |
| 145. Womens Rouge Helium high heel shoes | 1 | 39.99 | 1 yr | Normal | 39.99 | (0.00) | 39.99 |
| 146. Womens leather sandals by Faded Glory | 1 | 34.99 | 2 yr | Normal | 34.99 | (0.00) | 34.99 |
| 147. Womens sandals by Mootsie Tootsie | 1 | 40.00 | 1 yr | Normal | 40.00 | (0.00) | 40.00 |
| 148. Mens doo rag | 1 | 9.99 | 2 yr | Normal | 9.99 | (0.00) | 9.99 |
| 149. Degree deodorant | 1 | 4.82 | 0 yr | Normal | 4.82 | (0.00) | 4.82 |
| 150. DVD in case | 75 | 30.00 | 3 yr | Normal | 2,250.00 | (0.00) | 2,250.00 |
| 151. Mens beard comb | 2 | 7.95 | 2 yr | Normal | 15.90 | (0.00) | 15.90 |
| 152. Pack of Aviator playing cards | 1 | 6.95 | 1 yr | Normal | 6.95 | (0.00) | 6.95 |
| 153. Decorative picture frame | 2 | 19.99 | 3 yr | Normal | 39.98 | (0.00) | 39.98 |
| 154. New English Bible - paperback | 1 | 247.83 | 4 yr | Normal | 247.83 | (0.00) | 247.83 |
|     Item found from www.amazon.com on 10/18/2013 | | | | | | | |
| 155. Womens leather sandals by Bandolino | 1 | 49.99 | 1 yr | Normal | 49.99 | (0.00) | 49.99 |
| 156. Mens black leather dress shoes by Georgio Brutini | 1 | 95.00 | 2 yr | Normal | 95.00 | (0.00) | 95.00 |
|     Item found from www1.macys.com on 10/22/2013 | | | | | | | |
| 157. Mens Nike Air sneakers | 1 | 110.00 | 1 yr | Normal | 110.00 | (0.00) | 110.00 |
|     Item found from www.google.com on 10/18/2013 | | | | | | | |

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - 2nd Floor Top Left Bedroom**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 158.  Adult DVD | 22 | 39.99 | 5 yr | Normal | 879.78 | (0.00) | 879.78 |
| 159.  Full season of Weeds dvd | 1 | 29.99 | 3 yr | Normal | 29.99 | (0.00) | 29.99 |
|          Item found from www.bestbuy.com on 10/22/2013 | | | | | | | |
| 160.  Full season of I Shouldn't Be Alive dvd | 1 | 29.99 | 3 yr | Normal | 29.99 | (0.00) | 29.99 |
| 161.  Complete lineup of Beverly Hills Cops movies | 1 | 49.99 | 5 yr | Normal | 49.99 | (0.00) | 49.99 |
| 162.  Ceramic collectable clown statues | 2 | 40.00 | 5 yr | Normal | 80.00 | (0.00) | 80.00 |
| 163.  Entire season of Deadliest Catch | 1 | 39.99 | 4 yr | Normal | 39.99 | (0.00) | 39.99 |
|          Item found from www.google.com on 10/22/2013 | | | | | | | |
| 164.  Entire season of Star Wars - Dead Republic | 1 | 59.99 | 5 yr | Normal | 59.99 | (0.00) | 59.99 |
| 165.  Wrestling box set | 1 | 54.99 | 3 yr | Normal | 54.99 | (0.00) | 54.99 |
| 166.  Entire first season of 24 | 1 | 29.99 | 1 yr | Normal | 29.99 | (0.00) | 29.99 |
| 167.  Babyliss BPSS1 I Stubble The Ultimate in Stubble Control Trimmer, BPSS1 | 1 | 79.95 | 2 yr | Normal | 79.95 | (0.00) | 79.95 |
|          Amazon on Amazon.com - 10/22/2013 | | | | | | | |
| 168.  Island Breeze 3 gallon igloo cooler | 1 | 39.99 | 1 yr | Normal | 39.99 | (0.00) | 39.99 |
| 169.  Mens fleece pullover by Russel Athletic | 1 | 34.99 | 2 yr | Normal | 34.99 | (0.00) | 34.99 |
| 170.  Mens fleece sweat pants by Russel Athletic | 1 | 29.90 | 1 yr | Normal | 29.90 | (0.00) | 29.90 |
| 171.  Mens sweatshirt by Russel Athletic | 2 | 29.99 | 2 yr | Normal | 59.98 | (0.00) | 59.98 |
| 172.  Mens Old Navy cargo shorts | 1 | 34.00 | 1 yr | Normal | 34.00 | (0.00) | 34.00 |
| 173.  Mens hooded sweatshirt by Russel Athletic | 1 | 39.99 | 1 yr | Normal | 39.99 | (0.00) | 39.99 |
| 174.  Ladies bra | 1 | 39.99 | 2 yr | Normal | 39.99 | (0.00) | 39.99 |
| 175.  Ladies Gap sundress | 1 | 49.99 | 1 yr | Normal | 49.99 | (0.00) | 49.99 |
| 176.  Ladies Gap khaki pants | 1 | 59.95 | 2 yr | Normal | 59.95 | (0.00) | 59.95 |
| 177.  Ladies top by Banana Republic | 3 | 70.00 | 1 yr | Normal | 210.00 | (0.00) | 210.00 |
| 178.  Ladies linen pants by Lizport | 1 | 59.99 | 2 yr | Normal | 59.99 | (0.00) | 59.99 |

2013-10-18-0851

10/22/2013          Page: 12

Case ID: 140901546

## Citizens Public Adjusters Inc.

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - 2nd Floor Top Left Bedroom**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 179.  Ladies sweatpants | 3 | 25.00 | 1 yr | Normal | 75.00 | (0.00) | 75.00 |
| 180.  Allowance for personal care products | 1 | 50.00 | 0 yr | Normal | 50.00 | (0.00) | 50.00 |
| 181.  Decorative throw pillow | 2 | 29.99 | 3 yr | Normal | 59.98 | (0.00) | 59.98 |
| 182.  Mens Blue Label cardigan sweater | 1 | 69.50 | 1 yr | Normal | 69.50 | (0.00) | 69.50 |
| 183.  Mens button down shirt by Knights Sportswear | 1 | 39.95 | 2 yr | Normal | 39.95 | (0.00) | 39.95 |
| 184.  Clicker barbeque lighter by Scripto | 1 | 8.99 | 0.5 yr | Normal | 8.99 | (0.00) | 8.99 |
| 185.  Umbrella - Hand | 1 | 21.00 | 3 yr | Normal | 21.00 | (0.00) | 21.00 |
| 186.  Ceramic elephant | 1 | 19.99 | 4 yr | Normal | 19.99 | (0.00) | 19.99 |
| 187.  Candle holder | 2 | 9.50 | 2 yr | Normal | 19.00 | (0.00) | 19.00 |
| 188.  Century calculator | 1 | 15.00 | 3 yr | Normal | 15.00 | (0.00) | 15.00 |
| 189.  Womens Old Navy top | 1 | 21.50 | 1 yr | Normal | 21.50 | (0.00) | 21.50 |
| 190.  Mens polyester jeff cap | 2 | 48.00 | 2 yr | Normal | 96.00 | (0.00) | 96.00 |
| 191.  Standard wool throw blanket | 1 | 59.95 | 3 yr | Normal | 59.95 | (0.00) | 59.95 |
| 192.  Mens 3% Active hooded sweatshirt | 1 | 65.00 | 2 yr | Normal | 65.00 | (0.00) | 65.00 |
| 193.  Human remain ashes - Raymond R Lynns - 2007 ( cremated ashes expense ) | 1 | 800.00 | 0 yr | Normal | 800.00 | (0.00) | 800.00 |
| 194.  Full case of 1990s collectors set NFL football cards - complete NFL Set  - allowance | 1 | 200.00 | 2 yr | Normal | 200.00 | (0.00) | 200.00 |
| 195.  Collectable bears in box - Year 2000 - item# 91613         Item found from shopping.yahoo.com on 10/22/2013 | 12 | 99.99 | 1 yr | Normal | 1,199.88 | (0.00) | 1,199.88 |
| 196.  Cleaning Technician - incl. cleaning agent - per hour | 5 | 31.63 | 0 yr | Normal | 158.15 | (0.00) | 158.15 |
| **Totals:  2nd Floor Top Left Bedroom** | | | | | **16,194.01** | **0.00** | **16,194.01** |

2013-10-18-0851

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**2nd Floor Top Right Bedroom**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 197. Gift set of bath supplies | 1 | 35.00 | 0 yr | Normal | 35.00 | (0.00) | 35.00 |
| 198. Laminate wood and metal computer desk - 36"x24"x36" | 1 | 299.99 | 3 yr | Normal | 299.99 | (0.00) | 299.99 |
| Item found from www.google.com on 10/22/2013 | | | | | | | |
| 199. Leather Caselogic CD holder | 1 | 29.99 | 4 yr | Normal | 29.99 | (0.00) | 29.99 |
| 200. HP OMNI All In One PC Computer  120-1136 | 1 | 949.99 | 4 yr | Normal | 949.99 | (0.00) | 949.99 |
| Best Buy - 10/17/2013 | | | | | | | |
| 201. Hp Deskjet F4480 CB745A Color Inkjet printer | 1 | 349.99 | 4 yr | Normal | 349.99 | (0.00) | 349.99 |
| Item found from www.amazon.com on 10/22/2013 | | | | | | | |
| 202. Asoka HD video voice and data home networking - new | 1 | 439.00 | 0 yr | Normal | 439.00 | (0.00) | 439.00 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 203. Photo holding secret jewelry box | 1 | 52.00 | 1 yr | Normal | 52.00 | (0.00) | 52.00 |
| 204. Mens Telani leather dress shoes | 1 | 92.00 | 2 yr | Normal | 92.00 | (0.00) | 92.00 |
| 205. Mens Nike Flywire leather sneakers | 1 | 135.00 | 1 yr | Normal | 135.00 | (0.00) | 135.00 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 206. Mens black leather shoes by Born | 1 | 110.00 | 1.25 yr | Normal | 110.00 | (0.00) | 110.00 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 207. Womens Brighton high heel shoes | 1 | 89.99 | 1.5 yr | Normal | 89.99 | (0.00) | 89.99 |
| 208. Womens  suede calf high boots | 1 | 89.99 | 1 yr | Normal | 89.99 | (0.00) | 89.99 |
| 209. Mattress - Full | 1 | 700.00 | 3 yr | Normal | 700.00 | (0.00) | 700.00 |
| 210. Box spring - Full | 1 | 165.00 | 3 yr | Normal | 165.00 | (0.00) | 165.00 |
| 211. Bed frame - Full | 1 | 50.00 | 3 yr | Normal | 50.00 | (0.00) | 50.00 |
| 212. High back fully upholstered arm chair by Harden with matching ottoman | 1 | 1,599.00 | 4 yr | Normal | 1,599.00 | (0.00) | 1,599.00 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 213. Mens Steve Madden leather sneakers | 1 | 140.00 | 1 yr | Normal | 140.00 | (0.00) | 140.00 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 214. Allowance for holliday decorations | 1 | 125.00 | 2 yr | Normal | 125.00 | (0.00) | 125.00 |
| 215. Womens Nike Dynamic Support Lunarglide sneakers | 1 | 110.00 | 2 yr | Normal | 110.00 | (0.00) | 110.00 |

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - 2nd Floor Top Right Bedroom**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 216.  Womens sandals by Merona | 1 | 19.99 | 2 yr | Normal | 19.99 | (0.00) | 19.99 |
| 217.  Mens Phillies bedroom slippers | 1 | 29.50 | 1 yr | Normal | 29.50 | (0.00) | 29.50 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 218.  Womens Nordstrom flat dress shoes | 1 | 88.95 | 2 yr | Normal | 88.95 | (0.00) | 88.95 |
| 219.  Womens Bandolini high heel shoes | 1 | 79.99 | 1 yr | Normal | 79.99 | (0.00) | 79.99 |
| 220.  Womens Eve flip flops | 1 | 14.99 | 2 yr | Normal | 14.99 | (0.00) | 14.99 |
| 221.  Extra large throw pillow | 1 | 49.99 | 1 yr | Normal | 49.99 | (0.00) | 49.99 |
| 222.  Womens zip up hooded sweatshirt by Thrill | 1 | 44.50 | 2 yr | Normal | 44.50 | (0.00) | 44.50 |
| 223.  Bed sheet set - Full | 1 | 49.00 | 1 yr | Normal | 49.00 | (0.00) | 49.00 |
| 224.  Pillow | 3 | 26.00 | 2 yr | Normal | 78.00 | (0.00) | 78.00 |
| 225.  Sham - Standard grade | 2 | 20.00 | 2 yr | Normal | 40.00 | (0.00) | 40.00 |
| 226.  Womens leather sandals | 1 | 59.99 | 2 yr | Normal | 59.99 | (0.00) | 59.99 |
| Item found from www.google.com on 10/18/2013 | | | | | | | |
| 227.  Mens linen suit - new | 2 | 195.00 | 1 yr | Normal | 390.00 | (0.00) | 390.00 |
| Item found from www1.macys.com on 10/22/2013 | | | | | | | |
| 228.  Medium size ceramic collectables | 8 | 20.00 | 3 yr | Normal | 160.00 | (0.00) | 160.00 |
| 229.  Womens bracelet style wrist watch | 1 | 69.99 | 1 yr | Normal | 69.99 | (0.00) | 69.99 |
| 230.  Electronic cigarette | 1 | 42.99 | 2 yr | Normal | 42.99 | (0.00) | 42.99 |
| 231.  Womens wool sweater | 4 | 80.00 | 2 yr | Normal | 320.00 | (0.00) | 320.00 |
| 232.  Sold wood triple dresser with 8 drawers and attached mirror | 1 | 1,046.00 | 4 yr | Normal | 1,046.00 | (0.00) | 1,046.00 |
| Item found from www.sears.com on 10/22/2013 | | | | | | | |
| 233.  CD in case | 20 | 20.00 | 3 yr | Normal | 400.00 | (0.00) | 400.00 |
| 234.  Mens baseball cap | 6 | 29.99 | 2 yr | Normal | 179.94 | (0.00) | 179.94 |
| 235.  Mens linen pants by Trust | 1 | 79.99 | 1 yr | Normal | 79.99 | (0.00) | 79.99 |

2013-10-18-0851

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - 2nd Floor Top Right Bedroom**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 236. Mens dress pants | 1 | 69.99 | 1 yr | Normal | 69.99 | (0.00) | 69.99 |
| 237. Wrapped original comic books | 32 | 25.00 | 0 yr | Normal | 800.00 | (0.00) | 800.00 |
| 238. Set of ceramic collectables | 1 | 100.00 | 2 yr | Normal | 100.00 | (0.00) | 100.00 |
| 239. Cleaning Technician - incl. cleaning agent - per hour | 5 | 31.63 | 0 yr | Normal | 158.15 | (0.00) | 158.15 |
| **Totals: 2nd Floor Top Right Bedroom** | | | | | **9,933.89** | **0.00** | **9,933.89** |
| **Totals: Kitchen** | | | | | **43,167.96** | **0.00** | **43,167.96** |

**Garage**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 240. Cleaning Technician - incl. cleaning agent - per hour | 8 | 31.63 | 0 yr | Normal | 253.04 | (0.00) | 253.04 |
| 241. On-Site Inventory, Packing, Boxing, Moving chrg - per hour<br>Pack Out - 2 men @ 8 hours | 16 | 30.61 | 0 yr | Normal | 489.76 | (0.00) | 489.76 |
| 242. Provide box, packing paper & tape - medium size<br>Pack Out | 15 | 3.40 | 0 yr | Normal | 51.00 | (0.00) | 51.00 |
| 243. Provide box, packing paper & tape - large size<br>Pack Out | 10 | 4.74 | 0 yr | Normal | 47.40 | (0.00) | 47.40 |
| 244. Provide box, packing paper & tape - small size<br>Pack Out | 15 | 2.11 | 0 yr | Normal | 31.65 | (0.00) | 31.65 |
| 245. On-Site Inventory, Packing, Boxing, Moving chrg - per hour<br>Pack Back - 2 men @ 8 hours | 16 | 30.61 | 0 yr | Normal | 489.76 | (0.00) | 489.76 |
| 246. Provide box, packing paper & tape - medium size<br>Pack Back | 15 | 3.40 | 0 yr | Normal | 51.00 | (0.00) | 51.00 |

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**CONTINUED - Garage**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 247.  Provide box, packing paper & tape - large size<br>      Pack Back | 10 | 4.74 | 0 yr | Normal | 47.40 | (0.00) | 47.40 |
| 248.  Provide box, packing paper & tape - small size<br>      Pack Back | 15 | 2.11 | 0 yr | Normal | 31.65 | (0.00) | 31.65 |
| 249.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour<br>      Pack Back - 2 men @ 8 hours<br>      **This pack out /pack back is for the garage area only.** | 16 | 30.61 | 0 yr | Normal | 489.76 | (0.00) | 489.76 |
| **Totals:  Garage** | | | | | **1,982.42** | **0.00** | **1,982.42** |

**General**

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 250.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1 | 930.00 | 0 yr | Normal | 930.00 | (0.00) | 930.00 |
| 251.  General Laborer - per hour for debris removal /disposal  - 4 men @ 8 hours | 32 | 30.84 | 0 yr | Normal | 986.88 | (0.00) | 986.88 |
| 252.  Cleaning Technician - incl. cleaning agent - per hour | 24 | 31.63 | 0 yr | Normal | 759.12 | (0.00) | 759.12 |
| 253.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour<br>      Pack Out - 4 men @ 8 hours | 32 | 30.61 | 0 yr | Normal | 979.52 | (0.00) | 979.52 |
| 254.  Provide box, packing paper & tape - medium size<br>      Pack Out | 30 | 3.40 | 0 yr | Normal | 102.00 | (0.00) | 102.00 |
| 255.  Provide box, packing paper & tape - large size<br>      Pack Out | 20 | 4.74 | 0 yr | Normal | 94.80 | (0.00) | 94.80 |
| 256.  Provide box, packing paper & tape - small size<br>      Pack Out | 30 | 2.11 | 0 yr | Normal | 63.30 | (0.00) | 63.30 |

2013-10-18-0851

10/22/2013          Page: 17

Case ID: 140901546

## Citizens Public Adjusters Inc.

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

### CONTINUED - General

| Description | Qty. | Unit Cost | Age | Use | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 257.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour<br>   Pack Back - 4 men @ 8 hours | 32 | 30.61 | 0 yr | Normal | 979.52 | (0.00) | 979.52 |
| 258.  Provide box, packing paper & tape - medium size<br>   Pack Back | 30 | 3.40 | 0 yr | Normal | 102.00 | (0.00) | 102.00 |
| 259.  Provide box, packing paper & tape - large size<br>   Pack Back | 20 | 4.74 | 0 yr | Normal | 94.80 | (0.00) | 94.80 |
| 260.  Provide box, packing paper & tape - small size<br>   Pack Back | 30 | 2.11 | 0 yr | Normal | 63.30 | (0.00) | 63.30 |

| Totals:  General | | | | | 5,155.24 | 0.00 | 5,155.24 |
|---|---|---|---|---|---|---|---|
| Line Item Totals:  2013-10-18-0851 | | | | | 50,305.62 | 0.00 | 50,305.62 |

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

## Summary for Contents

| | | | |
|---|---|---|---|
| Line Item Total | | | 50,305.62 |
| Material Sales Tax | @ | 8.000% | 3,038.94 |
| Cleaning Mtl Tax | @ | 8.000% | 5.82 |
| | | | |
| Subtotal | | | 53,350.38 |
| Cleaning Sales Tax | @ | 8.000% | 153.30 |
| Clothing Acc Tax | @ | 8.000% | 13.20 |
| | | | |
| **Replacement Cost Value** | | | **$53,516.88** |
| **Net Claim** | | | **$53,516.88** |

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

**Recap by Category**

| Items | Total | % |
|---|---:|---:|
| APPLIANCES - MAJOR | 899.99 | 1.68% |
| APPLIANCES | 169.88 | 0.32% |
| APPLIANCES - SMALL | 1,833.37 | 3.43% |
| BOOKS, MAGAZINES & PERIODICALS | 431.80 | 0.81% |
| CONT: CLEAN APPLIANCES | 253.04 | 0.47% |
| CONT: GARMENT & SOFT GOODS CLN | 4,208.62 | 7.86% |
| CONT: CLEAN - GENERAL ITEMS | 20.31 | 0.04% |
| CONT: CLEAN - HARD FURNITURE | 1,622.21 | 3.03% |
| CLOTHING & ACCESSORIES | 4,938.65 | 9.23% |
| CONT: CLEAN - LAMPS OR VASES | 3.68 | 0.01% |
| COMPUTERS & RELATED GOODS | 1,099.94 | 2.06% |
| CONT: PACKING,HANDLNG,STORAGE | 11.14 | 0.02% |
| GENERAL DEMOLITION | 930.00 | 1.74% |
| ELECTRONICS | 2,612.51 | 4.88% |
| FURNITURE - HOME & OFFICE | 15,205.62 | 28.41% |
| HOBBIES & COLLECTIBLES | 2,299.88 | 4.30% |
| HOUSEWARES - HOME DECOR | 3,017.77 | 5.64% |
| JEWELRY & WATCHES | 69.99 | 0.13% |
| KITCHENWARE | 659.97 | 1.23% |
| LABOR ONLY | 986.88 | 1.84% |
| LINENS & SOFTGOODS | 2,108.30 | 3.94% |
| LUGGAGE, BAGS & ACCESSORIES | 255.99 | 0.48% |
| MUSIC, MOVIES & MEDIA | 4,114.66 | 7.69% |
| OFFICE SUPPLIES | 30.00 | 0.06% |
| PERSONAL CARE & BEAUTY | 938.55 | 1.75% |

2013-10-18-0851

Case ID: 140901546

**Citizens Public Adjusters Inc.**

3237 Bristol Road Suite 204
Bensalem Pa, 19020
215-752-0240 Phone
215-752-0241 Fax

| Items | | | Total | % |
|---|---|---|---:|---:|
| **PERISHABLE - NON-PERISHABLE** | | | 719.93 | 1.35% |
| **TOOLS** | | | 40.99 | 0.08% |
| **TOYS & GAMES** | | | 21.95 | 0.04% |
| **USER DEFINED ITEMS** | | | 800.00 | 1.49% |
| **Subtotal** | | | 50,305.62 | 94.00% |
| Material Sales Tax | @ | 8.000% | 3,038.94 | 5.68% |
| Cleaning Mtl Tax | @ | 8.000% | 5.82 | 0.01% |
| Cleaning Sales Tax | @ | 8.000% | 153.30 | 0.29% |
| Clothing Acc Tax | @ | 8.000% | 13.20 | 0.02% |
| **Total** | | | 53,516.88 | 100.00% |

2013-10-18-0851