IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TITUS FUGAH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY | : | NO. 14-6908 |

ORDER

AND NOW, this 5th day of November, 2015, upon consideration of defendant State Farm Fire and Casualty Company's motion for summary judgment (docket entry #16), plaintiff Titus Fugah's response in opposition thereto, and the parties' letter, received in Chambers, requesting a continuance for the scheduled arbitration hearing, it is hereby ORDERED that:

1. Defendant State Farm Fire and Casualty Company's motion for summary judgment (docket entry #16) is DENIED;

2. The Arbitration Clerk shall RESCHEDULE this matter for an arbitration hearing on January 26, 2016, or a convenient date thereafter; and

3. The Clerk of Court shall TRANSFER this case from the Court's Active Docket to our Civil Suspense Docket pending the outcome of the arbitration hearing.

BY THE COURT:

__/s/ Stewart Dalzell, J.