IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TITUS FUGAH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE AND | : | |
| CASUALTY COMPANY | : | NO. 14-6908 |

ORDER

AND NOW, this 6th day of April, 2016, upon consideration of plaintiff Titus Fugah's motion for leave to file a second amended complaint (docket entry #29) and defendant State Farm Fire and Casualty Company's response in opposition thereto, and for the reasons set forth in the Memorandum issued this day on this case, it is hereby ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint (docket entry #29) is DENIED;

2. By noon on April 18, 2016, the parties shall REPORT, via facsimile (215-580-2156), whether settlement discussions before the Honorable Jacob P. Hart would help them resolve the outstanding issues in this case; and

3. By noon on May 4, 2016, the parties shall PROVIDE the Court, via facsimile (215-580-2156) with a proposed timeline for trial.

BY THE COURT:

   /s/ Stewart Dalzell, J.
Stewart Dalzell, J.