IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TITUS FUGAH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : | NO. 14-6908 |

<u>ORDER OF JUDGMENT</u>

AND NOW, this 18th day of May, 2017, following a jury verdict, I HEREBY ENTER JUDGMENT in the above-captioned case in favor of the Defendant, State Farm Fire & Casulaty Company, and against the Plaintiff, Titus Fugah.

BY THE COURT

_____
JACOB P. HART